UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                             :

SAFE FLEET HOLDINGS LLC et al.,         :

                                     :

                  Movants,         :           26-MC-00221 (JAV)

                                       :

           -v-                      :            ORDER

                                       :

AUTO ACTION TECHNOLOGIES, INC. et al.,   :

                                       :

            Respondents.       :

                                       :
------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

This is a miscellaneous action initiated by the Defendants in an action currently pending in the United States District Court for the Eastern District of New York to compel third party Auto Action Technologies, Inc. ("Auto Action") to comply with a subpoena served upon it.  ECF No. 2.  The subpoena was issued in the underlying litigation captioned *Hayden AI Technologies, Inc. v. Safe Fleet Holdings LLC, et al.*, Case No. 1:23-cv-03471 (EK) (JRC) (the "EDNY Action").  *Id.* at 1.  On May 22, 2026, the Court ordered the Parties to show cause why the pending motion should not be transferred, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, to Judge Komitee in the United States District Court for the Eastern District of New York, presiding over the EDNY Action.  ECF No. 25.

Federal Rule of Civil Procedure 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."  It is generally within the discretion of the Court to decide whether to transfer a subpoena-related motion, considering factors such as the interests of justice, judicial economy,

and the presiding court's greater familiarity with the underlying issues.  *See, e.g.*, *Google LLC v. Fortress Inv. Grp. LLC*, No. 20-MC-00132 (KPF), 2020 WL 1304039, at *1 (S.D.N.Y. Mar. 18, 2020); *SBA Commc'ns Corp. v. Fractus, S.A.*, No. 19-MC-00130 (ER), 2019 WL 4879333, at *2 (S.D.N.Y. Oct. 3, 2019); *Stanziale v. Pepper Hamilton LLP*, No. M8-85 (CSH), 2007 WL 473703, at *6 (S.D.N.Y. Feb. 9, 2007).

On May 29, 2026, Auto Action and Hayden AI Technologies, Inc. ("Hayden"), Plaintiff in the EDNY action, jointly submitted a response, consenting to the transfer of this case to EDNY.  ECF No. 26 at 1.  Defendants submitted their own response, on the same day, stating they do not oppose the Court transferring the pending motion to the EDNY Action.  ECF No. 27.

Given the EDNY court's familiarity with the evidentiary and legal questions presented in this motion, through the complete submission of the previous motion to compel and the hearing conducted on March 6, 2026, *see* ECF No. 26 at 2-3, the EDNY Court is placed in a better position to resolve the issues rather than this Court "in a different district with no knowledge of the case." *Stanziale,* 2007 WL 473703, at *5.

Accordingly, because the subpoenaed third-party consents to the transfer of the pending motion and the EDNY court is in a better position to resolve the issues at the center of the pending motion, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, transfer will best serve the interests of justice and judicial economy.  The motion to compel is hereby respectfully referred to District Judge Komitee in the United States District Court for the Eastern District of New York, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of New York and to terminate this case in the Court's docket.


SO ORDERED.

Dated: June 1, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

3